UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER DIETRICH,

    Plaintiff,

v.

OAKLAND COUNTY, et al.,

    Defendants.
_____/

Case No. 14-10558
Hon. Matthew F. Leitman

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF #1) WITHOUT PREJUDICE

On October 6, 2014, this Court allowed counsel for Plaintiff Christopher Dietrich ("Dietrich") to withdraw from their representation of Dietrich in this action. (*See* the "Order," ECF #21.) In the Order, the Court instructed Dietrich to "either (1) retain new counsel, who shall file a notice of appearance with the court no later than November 7, 2014; or (2) notify the Court in writing that he intends to proceed *pro se* and confirm his mailing address with the Court no later than November 7, 2014." (*Id.* at 2, Pg. ID 83.) The Court warned Dietrich in unambiguous language that the "failure to comply with any portion of this Order may result in dismissal of this action." (*Id.*)

Dietrich failed to comply with the Order. Thus, on November 18, 2014, the Court entered an Order to Show Cause Why Plaintiff's Complaint Should Not Be

1

Dismissed. (*See* the "Show Cause Order," ECF #23.) In the Show Cause Order, the Court ordered Dietrich "show cause in writing no later than **December 9, 2014,** why his Complaint should not be dismissed for his (a) failure to comply with the Order; and (b) failure to prosecute this action." (*Id.* at 2, Pg. ID 86; emphasis in original.) The Court then told Dietrich that his "[f]ailure to comply with [the Show Cause Order] **will** result in the dismissal of [his] Complaint in its entirety." (*Id.;* emphasis added.)

Dietrich has failed to provide any response to the Show Cause Order. Accordingly, due to Dietrich's failure to comply with the Order, and his failure to file any response to the Show Cause Order, **IT IS HEREBY ORDERED** that Dietrich's Complaint (ECF #1) is **DISMISSED** in its entirety and **WITHOUT PREJUDICE**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: December 29, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 29, 2014, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113